## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

LISA HOLT, on behalf of herself and all )
others similarly situated, )
                                    )
           Plaintiffs, )
                                    )
           v. )        Case No. 19-CV-00629
                                    )
COMMUNITY AMERICA CREDIT UNION, )
                                    )
           Defendant. )

## ORDER

Currently pending before the Court is defendant's Motion for Extension of Time to File Answer (Doc. # 9); defendant's Motions to Dismiss (Docs. # 14, 20), plaintiff's Motions for Extension of Time to respond to the Motions to Dismiss (Docs. # 16, 23) and the parties' Joint Motion to Stay Case Pending Mediation (Doc. # 24).

Plaintiff's Complaint was filed on August 8, 2019. The same day, a Notice of Inclusion in the Western District's Mediation and Assessment Program was issued. Defendant filed a Motion to Dismiss and shortly thereafter plaintiff filed an Amended Complaint. Defendant filed a second Motion to Dismiss directed to the Amended Complaint and plaintiff has now requested an extension of time to respond.

For good cause shown, plaintiff's second Motion for Extension of Time to respond to defendant's Motion to Dismiss is hereby **GRANTED** (Doc. # 23).  Plaintiff shall file a response to defendant's Motion to Dismiss on or before **December 19, 2019**. Defendant's Motion for Extension of Time to File an Answer, defendant's first motion to dismiss and plaintiff's first motion for extension of time to respond to the motion to dismiss are hereby **DENIED** as **MOOT** (Docs.# 9, 14 and 16).

The parties' Joint Motion to Stay the Case is **DENIED**. The parties are encouraged to continue with their mediation efforts, but the Court finds no reason why the parties cannot also participate in a Rule 26 conference and submit a proposed discovery plan and scheduling order to the Court in the event the mediation is unsuccessful. Accordingly, the parties shall conduct their Rule 26 conference on or before **December 30, 2019** and shall file their proposed discovery plan and scheduling order on or before **January 10, 2020**.

Date: December 11, 2019
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge