**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| LISA HOLT, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>COMMUNITYAMERICA CREDIT UNION,<br><br>      Defendant. | Case No. 4:19-cv-00629-FJG |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE CLASSES, APPOINTMENT OF CLASS COUNSEL, DIRECTION OF NOTICE, AND SETTING MID NOVEMBER 2020 DATE FOR FINAL APPROVAL HEARING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Lisa Holt, by counsel, under Federal Rule of Civil Procedure 23(e)(1), hereby moves the Court for entry of an Order:

1. Preliminarily approving the class action Settlement Agreement and Release reached between Plaintiff Lisa Holt and Defendant Community America Credit Union, attached as Exhibit 1 to the Declaration of Lynn A. Toops in Support of the Unopposed Motion for Preliminary Approval (the "Settlement");

2. Certifying the classes and appointing class counsel;

3. Approving the proposed notice plan and deadlines for class members to object to, or opt-out of, the proposed Settlement and scheduling a hearing for mid–November 2020 to consider final approval of the Settlement as set forth in this table of proposal deadlines:

1

**PROPOSED APPROVAL TIMELINE**

| Event | Time for Compliance |
|---|---|
| Deadline for Settlement Administrator to E-mail and Mail Notice | Within 30 days from entry of the Preliminary Approval Order |
| Deadline for any motions requesting attorneys' fees and expenses, the Settlement Administrator's costs, or class representative service awards | 15 days after notice is first sent |
| Deadline for Class Member Objections | 30 days after notice is sent |
| Deadline for Opt-Outs | 30 days after notice is sent |
| Deadline for motion for final approval | 45 days after notice is sent |
| Final Approval Hearing | Approximately 60 days after notice is sent, but no sooner than November 19, 2020.[1] Counsel anticipates needing no more than 1 hour for the hearing. |

This motion is made on the grounds that the Settlement is the product of arm's-length negotiations by informed counsel and is a fair, reasonable, and adequate compromise of the claims brought in this case. Class counsel met and conferred with counsel for Defendant about this motion, and Defendant does not oppose the motion.

---

[1] Plaintiff suggests no sooner than November 19, 2020, because under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(d), "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with the notice" required under CAFA. Defendant will be providing that required notice no later than 10 days from the date of this motion, so November 19, 2020, is the first date on which final approval may be given. Settlement ¶ 9(f); 28 U.S.C. § 1715(b).

Dated: August 11, 2020

Respectfully submitted,

*/s/Lynn A. Toops*

| | |
|---|---|
| Lynn A. Toops (*pro hac vice*) | J. Gerard Stranch, IV (*pro hac vice*) |
| COHEN & MALAD, LLP | Martin F. Schubert (*pro hac vice*) |
| One Indiana Square, Suite 1400 | BRANSTETTER, STRANCH |
| Indianapolis, Indiana 46204 | & JENNINGS, PLLC |
| Telephone: (317) 636-6481 | 223 Rosa L. Parks Avenue, Suite 200 |
| ltoops@cohenandmalad.com | Nashville, Tennessee 37203 |
| | Phone: (615) 254-8801 |
| Ashlea Schwarz (Mo. Bar No. 60102) | gerards@bsjfirm.com |
| PAUL LLP | martys@bsjfirm.com |
| 601 Walnut Street, Suite 300 | |
| Kansas City, Missouri 64106 | Jeffrey D. Kaliel (*pro hac vice*) |
| Telephone: (816) 984-8100 | Sophia G. Gold (*pro hac vice*) |
| ashlea@paulllp.com | KALIEL PLLC |
| | 1875 Connecticut Ave. NW 10th Floor |
| Christopher D. Jennings (*pro hac vice*) | Washington, D.C. 20009 |
| JOHNSON FIRM | Telephone: (202) 350-4783 |
| 610 President Clinton Avenue, Suite 300 | jkaliel@kalielpllc.com |
| Little Rock, Arkansas 72201 | sgold@kalielplllc.com |
| T: (501) 372-1300 | |
| chris@yourattorney.com | |

*Counsel for Plaintiff and the Proposed Plaintiff Settlement Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing by electronic mail to the attorneys and parties of record.

                                            */s/Lynn A. Toops*
                                            Lynn A. Toops