# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LISA HOLT, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:19-cv-00629-FJG<br>)<br>) |
| COMMUNITYAMERICA CREDIT UNION, | )<br>)<br>) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Lisa Holt, by counsel, under Federal Rule of Civil Procedure 23(e)(2), hereby moves the Court for entry of an Order granting final approval to the class action Settlement Agreement and Release reached between Plaintiff Lisa Holt and Defendant Community America Credit Union, filed at ECF No. 43-1 (the "Settlement").

This motion is made on the grounds that the Settlement is a fair, reasonable, and adequate compromise of this action, and that, after notice and an opportunity to opt-out of or object to the Settlement, no Class Member has done so. This motion is supported by the accompanying suggestions in support, the Declaration of Karen Rogan Re: Notice Procedures (Ex. 1 hereto) and a proposed order granting this motion (Ex. 2 hereto). Defendant does not oppose the motion.

1

Respectfully submitted,

*/s/Lynn A. Toops*
Lynn A. Toops (*pro hac vice*)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

Ashlea Schwarz (Mo. Bar No. 60102)
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
ashlea@paulllp.com

Christopher D. Jennings (*pro hac vice*)
JOHNSON FIRM
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
T: (501) 372-1300
chris@yourattorney.com

J. Gerard Stranch, IV (*pro hac vice*)
Martin F. Schubert (*pro hac vice*)
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
gerards@bsjfirm.com
martys@bsjfirm.com

Jeffrey D. Kaliel (*pro hac vice*)
Sophia G. Gold (*pro hac vice*)
KALIEL PLLC
1875 Connecticut Ave. NW 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783
*jkaliel@kalielpllc.com*
*sgold@kalielplllc.com*

*Counsel for Plaintiff and the Proposed Plaintiff Settlement Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing by electronic mail to the attorneys and parties of record.

                                                                                     */s/Lynn A. Toops*  
                                                                                     Lynn A. Toops